JULIUS WOLFF, Appellant, *v.* THE CITY OF NEW YORK, Respondent.

*Wolff* v. *City of New York*, 92 App. Div. 449, affirmed.
(Argued October 11, 1904; decided October 25, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 13, 1904, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term without a jury.

*George I. Woolley* for appellant.

*John J. Delany, Corporation Counsel (Theodore Connoly* and *Terence Farley* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and WERNER, JJ.